**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 19, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Stephen D. Aarons
Mr. Aaron J. Boland
Aarons Law Firm
311 Montezuma Avenue
Santa Fe, NM 87501-3603

**RE:**   15-2010, Rowley v. Morant, et al
          Dist/Ag docket: 1:10-CV-01182-WJ-GBW

Dear Counsel:

Appellant's brief and appendix are deficient:

The brief and appendix were filed late.

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. See 10th Cir. R. 28.2(C)(1).

There is no certificate indicating compliance with the court's ECF requirements. See 10th Cir. R. 25.3 and the court's CM/ECF User's Manual at page 11.

There are no copies of pertinent written findings, conclusions, opinions or orders, nor transcript of oral findings, conclusions, opinions or orders. See 10th Cir. R. 28.2(A). The order(s) appealed must be submitted as an attachment to the brief. In matters seeking review of a BIA decision, the transcript of the immigration judge's ruling must be attached.

You may correct the stated deficiencies by one of the following methods:

1. Filing a corrected brief with the clerk (filing constitutes submitting a corrected brief via the court's Electronic Case Filing system [ECF] and providing the clerk with seven hardcopies of the corrected brief).
2. Filing a corrected brief via ECF and making arrangements with the clerk's office to have the deficient hardcopies of the brief picked up and returned at the party's

      expense so that it can be corrected and returned to the clerk. The court will not pay postage or other costs.

3. Filing the omitted attachment with the clerk via ECF (use the event code "errata sheet filed") and providing seven hardcopies of the omitted attachment(s) with the clerk. The clerk will affix the omitted attachment(s) to the end of the brief. You do not need to refile the brief.

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D). Specifically:

- The electronically filed appendix does not contain bookmarks. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
- There is no certificate of service indicating that the appendix was served on opposing counsel. See Fed. R. App. P. 25(d) and 10th Cir. R. 30.1(E).
- There is no certificate indicating compliance with the court's ECF requirements. See 10th Cir. R. 25.3 and the 10th Circuit CM/ECF User's Manual at Section II I (page 11).
- The hard copy version of the appendix is not an exact replica of the electronically filed appendix (the number of paper copy volumes must be identical to the number of electronic volumes filed; if you split a single volume into multiple parts when you file electronically, each part is considered a separate volume for purposes of the requirement that the number of hardcopy volumes match the number of electronic volumes). See 10th Cir. R. 30.1.

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix.

If you fail to correct the stated deficiencies within 10 days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appeal may be dismissed without further notice.

Please contact this office if you have questions.

                                            Sincerely,

                                            Elisabeth A. Shumaker
                                            Clerk of the Court

cc:      Jerry A. Walz

EAS/jm